UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEANGELO A GREEN,

    Plaintiff,

v.

MARGARET GILBERT, MICHAEL GLEASON, JOHN DOE, JANE DOE,

    Defendant.

CASE NO. 3:17-CV-05898-RBL-DWC

ORDER

Plaintiff DeAngelo A. Green, proceeding *pro se*, initiated this civil rights Complaint pursuant to 42 U.S.C. § 1983. *See* Dkt. 1. On December 13, 2017, Plaintiff filed a Motion titled "Protective Order," wherein he states he has been placed on lockdown and does not have access to his legal materials. Dkt. 8. He requests the Court contact the Washington State Penitentiary ("WSP") and give WSP permission to let Plaintiff have access to his legal papers. *Id*.

The Supreme Court has "recognized that experienced prison administrators, and not judges, are in the best position to supervise the daily operations of prisons across this country." *Johnson v. California*, 543 U.S. 499, 529 (2005). Here, Plaintiff is requesting the Court involve itself in the daily operations of WSP and its decisions regarding a prisoner's access to documents

ORDER - 1

while in lockdown. *See* Dkt. 8. Plaintiff has reviewed the Motion, and declines to insert itself into the daily operations of WSP. *See Jones v. North Carolina Prisoners' Labor Union, Inc.*, 433 U.S. 119, 125 (1977) (courts must give "appropriate deference to the decisions of prison administrators"). Accordingly, Plaintiff's Motion (Dkt. 8) is denied.

The Court notes it has provided Plaintiff with an extension of time to file his amended complaint in light of the fact he is in lockdown. *See* Dkt. 10.

Dated this 21st day of December, 2017.

David W. Christel
United States Magistrate Judge

ORDER - 2