UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEANGELO A. GREEN,

    Plaintiff,

v.

MARGARET GILBERT, et al.,

    Defendants.

CASE NO. 3:17-cv-05898-RBL-DWC

ORDER TO SHOW CAUSE OR FILE AN ANSWER

The District Court has referred this 42 U.S.C. § 1983 action filed by Plaintiff DeAngelo Green to United States Magistrate Judge David W. Christel.

On March 27, 2018, Defendants Margaret Gilbert and Michael Gleason filed an Answer to Plaintiff's Second Amended Complaint. Dkt. 48. On April 16, 2018, the Court provided Plaintiff with leave to file a Third Amended Complaint (Dkt. 50), which Plaintiff did on May 1, 2018 (Dkt. 54). Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants Gilbert and Gleason had 14 days after that Pleading was filed to file an Answer to the Third Amended Complaint. To date, they have not done so.

Therefore, it is ORDERED:

1) Defendants Gilbert and Gleason shall file an Answer to Plaintiff's Third Amended Complaint on or before June 15, 2018.

2) In the alternative, Defendants Gilbert and Gleason may show cause why they have not filed an Answer on or before June 15, 2018, and may request an extension of time to file their Answer.

Dated this 30th day of May, 2018.

*David W. Christel*
United States Magistrate Judge