UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEANGELO A. GREEN,

    Plaintiff,

v.

MARGARET GILBERT, et al.,

    Defendant.

CASE NO. 3:17-cv-05898-RBL-DWC

ORDER DENYING "OBJECTION" AND MOTION FOR ASSISTANCE

The District Court has referred this 42 U.S.C. § 1983 action filed by Plaintiff DeAngelo A. Green to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Objection to the Order Denying Motion to Add Exhibits (Dkt. 53) and Plaintiff's Motion for the Court's Assistance in Serving the Third Amended Complaint ("Motion for Assistance") (Dkt. 55).

**I.    "Objection" to Court's Previous Order (Dkt. 53)**

Plaintiff has filed a pleading he entitled an "Objection." Dkt. 53. However, the body of this pleading appears to ask the Court to reconsider its earlier Order denying Plaintiff's request to

attach exhibits to his amended complaints. Dkt. 50. Therefore, the Court interprets this "Objection" as a Motion for Reconsideration. Dkt. 53.

Pursuant to Local Civil Rule 7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. Here, Plaintiff fails to show a manifest error in the Court's prior ruling or new facts or legal authority which could not have been presented earlier. Rather, Plaintiff contends that he should be allowed to provide evidence to the Court in support of his Complaint and that he is merely trying to place the Court on notice of the exhibits he has acquired so far. Dkt. 53. However, the Court earlier ruled that, at this stage of the proceeding, where the Court has not even entered a Pretrial Scheduling Order, all that is required under the Federal Rules of Civil Procedure is a short and plain statement with a demand for relief. Dkt. 50; Fed. R. Civ. P. 8. Exhibits and other evidence on the record are not yet required for plaintiff to proceed with his Third Amended Complaint. Plaintiff has not otherwise shown why the Court requires additional evidence at this stage, nor how the Court's previous determination was manifest error. Therefore, the Court denies Plaintiff's Motion for Reconsideration. Dkt. 53.

**II.     Motion for Assistance (Dkt. 55)**

Plaintiff has also filed a motion requesting the Court's assistance in serving his Third Amended Complaint on Defendants. Dkt. 55. However, the Court has already entered an order of

service for the additional Defendants Plaintiff names in his Third Amended Complaint. Dkt. 63. Therefore, the Court denies Plaintiff Motion for Assistance (Dkt. 55) as moot.

**III.    Conclusion**

For the reasons stated above, Plaintiff's "Objection" (Dkt. 53) and Motion for the Court's Assistance (Dkt. 55) are denied.

Dated this 1st day of June, 2018.

_____
David W. Christel
United States Magistrate Judge